WRIT NO. WR-77,402-42                    77,402-45

DARRELL J. HARPER              IN THE CRIMINAL COURT OF APPEALS

        v.                     THIRD JUDICIAL DISTRICT

STATE OF TEXAS                 SITTING IN AUSTIN, TEXAS

                    APPEAL

TO THE CLERK'S OFFICE:

1. Come now Appellant Darrell J. Harper appeals pursuant to Rule 79.2 (d) against the Appellee State of Texas, for Civil Rights Violation.

2. Reason for appeal Rule 79.2 (d) infringed my civil rights to work testimonies from being heard, due to an Unconstitutional State Court Conviction.

3. Laws were broken when appellant rights to work was infringed when employment discrimination complaints had to be filed, to prevent job harassment from spilling out of control in the workplace. Additionally, a shabby investigation prevented this root of the problem from participating in the trial.

4. Trial Court No. D-1-DC-11-404087, the conviction lacked integrity, because the indictment was defective.

5. It is impossible for the appellant to have committed a Terroristic Threat & Retaliation Crime against civil rights Violators whom are impersonating public Servants and public Officials, when they are threats to themselves terrorizing the U.S. Constitution, to infringe my Civil rights to work, that now accounts for loss of civil rights and segregation of liberty, through no fault of my own.

6. Appellant is beginning to enjoy the lie disparagingly said against him because it assures him of the harsher punishment that awaits Appellee, State of Texas, in violation of the Civil Rights Act of 1964, as amended.

WHEREFORE, Appellant Darrell J. Harper, Prays he's justly entitled liberty and prosperity.

                        Very Truly Your,
                        Darrell J. Harper
                        Darrell J. Harper Probse
                        Inmate No. 1957729
                        Larry Gist Unit
                        3295 F.M. 3514
                        Beaumont, Texas 77705

            Certification Of Service
Appellant, Darrell J. Harper does hereby certify that this Appeal is true and correct for processing on or around Monday the 23rd day of February 2015, in accordance with Texas Criminal Appeals Rules and Procedures.

                        Darrell J. Harper
                        Darrell J. Harper

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk